**STATE**

v.

**Mark BURNS.**

No. 79–520–C.A.

Supreme Court of Rhode Island.

April 24, 1980.

Dennis J. Roberts II, Atty. Gen., for plaintiff.

John L. Cosentino, Providence, for defendant.

### ORDER

The motion of John L. Cosentino that he be appointed to represent defendant in the prosecution of this appeal is granted.